1  CHRISTOPHER M. KELLER, ESQ.
   Nevada Bar No. 7399
2  PYATT SILVESTRI & HANLON
   701 Bridger Avenue, Suite 600
3  Las Vegas, NV 89101
   (Telephone) 383-6000
4  (Fax) 477-0088
   ckeller@psh-law.com
5
   Attorneys for Defendant, GEICO
6

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9
   CYNTHIA BUCKLEY and            )
10 GREGORY BUCKLEY,                )
                                   )
11         Plaintiffs,             )   CASE NO.: 2:09-cv-02287-GMN-VCF
                                   )
12 vs.                             )
                                   )
13 GEICO GENERAL INSURANCE         )
   COMPANY, a business form unknown; )
14 DOES 1 - 10, inclusive; and     )
   ROE CORPORATIONS 1 - 10, inclusive, )
15                                 )
           Defendants.             )
16 _____)

17
       **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**
18                       No Hearing Date

19     IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through

20 their respective counsel of record, that is MATTHEW S. DUNKLEY, ESQ., on behalf of Plaintiffs,

21 CYNTHIA BUCKLEY and GREGORY BUCKLEY; and CHRISTOPHER M. KELLER, ESQ., of

22 the law firm of PYATT SILVESTRI & HANLON, on behalf of Defendant, GEICO GENERAL

23 INSURANCE COMPANY, that Plaintiffs' Complaint be dismissed with prejudice, each party to

24 bear their own costs.

25 . . .

26 . . .

27 . . .

28 . . .

1  DATED this 11 day of January 2012.

2  ROYAL JONES MILES DUNKLEY & WILSON                    PYATT SILVESTRI & HANLON

_____                               _____
MATTHEW S. DUNKLEY, ESQ.                                CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 6627                                     Nevada Bar No. 7399
1522 W. Warms Springs Road                              701 Bridger Avenue, Suite 600
Henderson, NV 89014                                     Las Vegas, Nevada 89101
Attorneys for Plaintiffs                                Attorneys for Defendant

**IT IS SO ORDERED** this 24th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge

Stipulation for Dismissal with Prejudice and Order
Cynthia Buckley and Gregory vs. Geico General Insurance Company
CASE NO. 2:09-cv-02287-GMN-VCF